No. 81–276. ALVARADO *v.* INWOOD PANAMA, S. A. C. A. 2d Cir. Motion of petitioner for leave to proceed as a seaman granted. Certiorari denied.

No. 81–321. COLVILLE CONFEDERATED TRIBES *v.* WALTON ET AL.; and

No. 81–421. WASHINGTON *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari. Reported below: 647 F. 2d 42.

No. 81–587. EWING *v.* BAUMRIND. Sup. Ct. S. C. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 81–360. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. *v.* MARSH, SECRETARY OF THE ARMY, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–623. OWENS ET AL. *v.* AETNA LIFE & CASUALTY CO. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–666. PANTER ET AL. *v.* MARSHALL FIELD & CO. ET AL. C. A. 7th Cir. Motion of Marshall Field & Co. et al. to strike the brief of the Weiss respondents denied. Certiorari denied. JUSTICE BLACKMUN would grant certiorari. JUSTICE WHITE and JUSTICE STEVENS took no part in the consideration or decision of this motion and this petition.

No. 81–753. TRANS TECH, INC. *v.* INTERDYNAMICS, INC., ET AL. C. A. 3d Cir. Motion of petitioner to defer consideration of the petition for certiorari denied. Certiorari denied.